# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

SHADERICK D. JONES

NO. 2022 KW 1043

**SEPTEMBER 21, 2022**

---

In Re:  State of Louisiana, applying for supervisory writs, 18th Judicial District Court, Parish of West Baton Rouge, No. 210378.

---

**BEFORE:  THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY LIFTED.  WRIT DENIED.**

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
     FOR THE COURT